UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE, et al, )<br>)<br>*Plaintiffs* )<br>)<br>v. )<br>)<br>R. STEVEN LANDES, et al, )<br>)<br>*Defendants* ) | Civil Action No.:   5:25-cv-00047 |

### DEFENDANTS LANDES AND FALLS' MOTION TO DISMISS

Defendants, R. Steven Landes and Staci N. Falls, by counsel, file this motion to dismiss pursuant to Rule 12(b)(1) and 12(b)(6) as Plaintiffs have failed to state a claim upon which relief can be granted.

For the additional reasons set forth in their memorandum in support filed herewith, Defendants Landes and Falls respectfully request that this Court dismiss the Complaint against them with prejudice and afford them such other and further relief as the Court deems appropriate.

              R. STEVEN LANDES
              and
              STACI N. FALLS,

              By Counsel

By: /s/  Rosalie Pemberton Fessier
   Rosalie Pemberton Fessier
   VSB # 39030
   Brittany E. Shipley
   VSB # 93767
   Attorneys for Defendants Landes and Falls
   Timberlake**Smith**
   25 North Central Avenue

P. O. Box 108
Staunton, VA 24402-0108
phone: 540/885-1517
fax:     540/885-4537
email:  rfessier@timberlakesmith.com
            bshipley@timberlakesmith.com

CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I have electronically filed this document with the Clerk of the Court using the CM/ECF system.

/s/   Rosalie Pemberton Fessier
Rosalie Pemberton Fessier
VSB # 39030
Brittany E. Shipley
VSB # 93767
Attorneys for Defendants Landes and Falls
Timberlake**Smith**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
phone: 540/885-1517
fax:     540/885-4537
email:  rfessier@timberlakesmith.com
            bshipley@timberlakesmith.com