UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE; REV. JAYLEN N. SHORTS, an individual; and REV. MICHAEL E. DAVIS, an individual,<br><br>                Plaintiffs,<br><br>v.<br><br>R. STEVEN LANDES, in his official capacity as Clerk of Circuit Court for Augusta County; TIM A. MARTIN, in his official capacity as Commonwealth's Attorney for Augusta County; STACI N. FALLS, in her official capacity as Clerk of Circuit Court for the City of Staunton; and JEFFREY GAINES, in his official capacity as Commonwealth's Attorney for the City of Staunton,<br><br>                Defendants. | Case No. 5:25-cv-47 |

## COMMONWEALTH'S ATTORNEY DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)

Defendants Tim A. Martin and Jeffrey Gaines, Commonwealth's Attorneys for Augusta County and the City of Staunton, Virginia ("CA Defendants"), by counsel, move this Court to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). The grounds for this Motion are more fully set forth in the CA Defendants' Memorandum in Support of their Motion to Dismiss Pursuant to Federal Rule of Civil Procedure (12)(b)(1), which is filed herewith.

Dated: July 14, 2025                                           Respectfully submitted,

| | |
|---|---|
| Jason S. Miyares<br>*Attorney General of Virginia* | */s/ Stanley W. Hammer*<br>Erin R. McNeill (VSB No. 78816)*<br>Stanley W. Hammer (VSB No. 82181)* |
| Thomas J. Sanford<br>*Deputy Attorney General* | Assistant Attorneys General<br>Office of the Attorney General<br>202 North Ninth Street |
| Jacqueline C. Hedblom<br>*Trial Section Chief*<br>*Senior Assistant Attorney General* | Richmond, Virginia 23219<br>Telephone: (804) 692-0598<br>Facsimile: (804) 371-2087<br>emcneill@oag.state.va.us<br>shammer@oag.state.va.us<br>**Counsel of Record for Tim A. Martin and Jeffrey Gaines* |

# CERTIFICATE

I hereby certify that on July 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

*/s/ Stanley W. Hammer*
Stanley W. Hammer
Assistant Attorney General
*Counsel for Tim A. Martin and Jeffrey Gaines*
