# Exhibit 1

Declaration of Timothy A. Martin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNIVERSAL LIFE CHURCH MONASTERY STOREHOUSE; REV. JAYLEN N. SHORTS, an individual; and REV. MICHAEL E. DAVIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>R. STEVEN LANDES, in his official capacity as Clerk of Circuit Court for Augusta County; TIM A. MARTIN, in his official capacity as Commonwealth's Attorney for Augusta County; STACI N. FALLS, in her official capacity as Clerk of Circuit Court for the City of Staunton; and JEFFREY GAINES, in his official capacity as Commonwealth's Attorney for the City of Staunton,<br><br>Defendants. | Case No. 5:25-cv-47 |

## DECLARATION OF TIMOTHY A. MARTIN

I, Timothy A. Martin, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am currently employed as the Commonwealth's Attorney for Augusta County, Virginia.

2. In that capacity, by statute, I am part of law enforcement in and the lead prosecutor for Augusta County. Va. Code § 15.2-1627(B).

3. In my role as Commonwealth's Attorney, I have a statutory duty to prosecute all felony charges. *Id.* By statute, the prosecution of misdemeanors for which convictions carry the possibility of confinement in jail or a fine of $500 or more are within my discretion, meaning I may, but am not required to, prosecute such charges. *Id.*

4. I have reviewed the challenged criminal statute in this case, Va. Code § 20-28, which criminalizes any person knowingly performing the ceremony of marriage without a lawful license or officiating in the celebration of the rites of marriage without authorization by law.

5. Because Virginia Code § 20-28 establishes a maximum sentence of confinement of one year in jail and a maximum fine of $500, it is an unclassified misdemeanor under Virginia law. Va. Code §§ 18.2-8 and 18.2-11(c).

6. I have never personally prosecuted any offense under Virginia Code § 20-28 or threatened to prosecute anyone under Virginia Code § 20-28. Nor have I directed any of my Assistant Commonwealth's Attorneys to prosecute any offense under that Code section.

7. Moreover, I am not aware of any prosecution or threat of prosecution of Code § 20-28 that has occurred in Augusta County.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 14, 2025, at Augusta County, Virginia

2

_____
Timothy A. Martin
Commonwealth's Attorney
Augusta County, Virginia