# Exhibit 1

Va. Code 1919, § 4542

# CODE OF VIRGINIA

WITH

## The Declaration of Independence
## The Constitution of the United States
## The Constitution of Virginia

IN TWO VOLUMES—ANNOTATED

# VOLUME TWO

Published by authority of the Commonwealth of Virginia
Under an Act Approved March 8, 1918



RICHMOND:
DAVIS BOTTOM, SUPERINTENDENT OF PUBLIC PRINTING
1919


Generated through HathiTrust on 2025-08-13 15:12 GMT
https://hdl.handle.net/2027/uva.x030140546 / Public Domain, Google-digitized


Digitized by Google
Original from
UNIVERSITY OF VIRGINIA

Ch. 183]   OFFENSES AGAINST MORALITY, ETC.

or composing and so sending or procuring the sending of such letter or communication, shall be confined in the penitentiary for a period not exceeding five years, or, in the discretion of the jury, shall be confined in jail not less than thirty days, nor more than twelve months, or be fined not less than fifty dollars. (1908, p. 686.)

Revisors' Note.—The words, "nor more than twelve months," found near the end of the section, are new.

## CHAPTER 183.

**Offenses Against Morality and Decency; Protection of Religious Meetings.**

Sec.
- 4538. Person marrying, when former husband or wife is living; how punished.
- 4539. Qualification of preceding section.
- 4540. Marriage within prohibited degrees; how punished; residents, within prohibited degrees, and white person and colored person, going out of State to be married and afterwards returning; how punished; cohabitation, evidence of marriage.
- 4541. Issuing license contrary to law; how punished.
- 4542. Celebrating marriage without license, or, etc.; how punished.
- 4543. Adultery and fornication; how punished.
- 4544. Conspiracy between a husband and any other person or persons to cause a wife to commit adultery a felony; punishment.
- 4545. Lewd and lascivious cohabitation; how punished; penalty for second offense.
- 4546. Marriage of white person with colored person; how punished.
- 4547. Person performing ceremony of marriage between; how punished.
- 4548. Keeping house of ill-fame; how punished; general character of house may be proved.

Sec.
- 4549. Publishing, selling, distributing, etc., obscene books, etc.; how punished.
- 4550. Fighting cocks, dogs, etc.; how punished.
- 4551. Buggery; how punished.
- 4552. Violation of sepulture; how punished.
- 4553. Injuries to cemeteries, burial grounds, etc.; how punished.
- 4554. Cruelty to animals.
- 4555. Officers and agents of societies for prevention of cruelty to animals given power to arrest offenders.
- 4556. Officers and agents of such societies may prevent cruelty to animals; interference with such officers and agents a misdemeanor.
- 4557. Power of search for violations of statutes against cruelty to animals.
- 4558. When animals to be destroyed.
- 4559. When agent or officer of such society to take charge of animals and vehicle; notice to owner; lien for care, etc.
- 4560. When such agent or officer may take charge of animals abandoned, neglected, cruelly treated, or unfit for use; notice to owner; expense of care and provision.
- 4561. Lien for food, shelter, and keep of animals; how enforced.

(1859)

Generated through HathiTrust on 2025-08-13 15:09 GMT
https://hdl.handle.net/2027/uva.x030140546 / Public Domain, Google-digitized



Original from
UNIVERSITY OF VIRGINIA

Case 5:25-cv-00047-JHY-JCH   Document 34-1   Filed 08/18/25   Page 4 of 4
Pageid#: 309

separate (Kelly v. Scott, 5 Grat. 479); and husband has no interest in the property which was the wife's at time of marriage (Id.).

**Marriage a mutual affair—Indictment.**—An indictment which charges that the man did incestuously intermarry with the woman is sufficiently certain to charge her as well as him without requiring the converse to be charged. Hutchins' Case, 2 Va. Cas. 331.

**Appearance by attorney.**—In prosecution prior to 1827 for marrying a deceased wife's sister, or for marrying the husband of a deceased sister, the parties might appear by attorney. Kelly v. Scott, 5 Grat. 479.

**Negro and white person going out of state to marry.**—While the forms and ceremonies of marriage are governed by the laws of the place where the marriage is celebrated, the essentials of the contract depend upon and are governed by the laws of the country where the parties are domiciled at the time of the marriage, and in which the matrimonial residence is contemplated. Therefore a rule that a marriage valid where celebrated is valid everywhere has no application to a marriage entered into in a foreign country, in contravention of the public policy and statutes of the country of the parties, which pronounce marriage between them not only absolutely void, but criminal. Kinney's Case, 30 Grat. 858, 32 Am. Rep. 690, Greenhow v. James' Ex'r, 80 Va. 636, 56 Am. Rep. 603, citing Brook v. Brook, 9 H. L. Cas. 223. See section 4546 and notes. As to who are colored persons, see section 67.

Cited but not construed Moon v. Children's Home Society, 112 Va. 737, 72 S. E. 707.

**Sec. 4541. Issuing license contrary to law; how punished.**—If any clerk of a court knowingly issue a marriage license contrary to law, he shall be confined in jail not exceeding one year, and fined not exceeding five hundred dollars. (Code 1887, § 3784.)

Previous to the enactment of this section it was held not necessary to charge that the clerk knew that the party was an infant, or that he issued the license maliciously or corruptly, or that a marriage took place in pursuance of the license. Hill's Case, 6 Leigh 636.

**Sec. 4542. Celebrating marriage without license, or, etc.; how punished.**—If any person knowingly perform the ceremony of marriage without lawful license, or officiate in celebrating the rites of marriage without being authorized by law to do so, he shall be confined in jail not exceeding one year, and fined not exceeding five hundred dollars. (Code 1887, § 3785.)

For W. Va. decisions on similar statute, see Justis' Annotations, chapter 149, section 6.

**Sec. 4543. Adultery and fornication; how punished.**—If any person commit adultery or fornication, he shall be fined not less than twenty dollars. And if he commit adultery or fornication with any person, whom he is forbidden by law to marry, he shall be deemed guilty of a misdemeanor. (Code 1887, § 3786.)

**Revisors' Note.**—For punishment of misdemeanors where no other is provided by statute, see section 4782. As this section stood before the revision, the last sentence read as follows "And if he commit adultery or fornication with any person, whom he is forbidden by section 2224 or 2225 [of the former Code] to marry, he shall be confined in jail not exceeding six months, or fined not exceeding five hundred dollars, in the discretion of the jury."

Adultery and fornication were not common law offenses, unless (1862)


Digitized by Google · Original from UNIVERSITY OF VIRGINIA

Generated through HathiTrust on 2025-08-13 15:10 GMT
https://hdl.handle.net/2027/uva.x030140546 / Public Domain, Google-digitized