United States District Court for the  Western

District of  Virginia

Docket Number  5:25-cv-00047

Universal Life Church Monastery Storehouse; Rev. Jaylen N. Shorts; Rev. Michael E. Davis

v.

R. Steven Landes; Tim A. Martin; Staci N. Falls; Jeffrey Gaines

)
)   Notice of Appeal
)
)

_____All plaintiffs_____(name all parties taking the appeal)* appeal to the United States Court of Appeals for the __Fourth__ Circuit from the final judgment entered on ____February 11, 2026____ (state the date the judgment was entered).

(s) Ambika Kumar

Attorney for  Plaintiffs

Address: 920 Fifth Ave., Ste. 3300

Seattle, WA 98104

[**Note to inmate filers:** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete the Declaration of Inmate Filing and file that declaration along with this Notice of Appeal*]

_____

* See Rule 3(c) for permissible ways of identifying appellants.

12/01/2021  SCC